IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cr-259

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| LORETTA BLAKENEY-HERRON (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon letter of the defendant, pro se, requesting that the Court modify its sentence. (Doc. No. 310).

The Court sentenced the defendant to 149 months' imprisonment on April 28, 2010. (Doc. No. 246: Judgment). The conviction became final when the defendant did not appeal. The Court does not have jurisdiction to consider the defendant's request for leniency based on her medical situation. Fed. R. Crim. P. 35.

**IT IS, THEREFORE, ORDERED** that the defendant's request is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: February 28, 2012

Robert J. Conrad, Jr.
Chief United States District Judge